WR-23,263-04
23,263-04

TRIAL COURT CAUSE NO. 10-12-13632-CR

DATE: 10-06-15
FILE IN WRIT FILE
BY: CA

William Walter JoBE
V.
THe STATE OF Texas

§
§
§

IN THE 359TH
DISTRICT COURT
MONTGOMERY County

REFORMATION OF JUDGMENT

RECEIVED IN
COURT OF CRIMINAL APPEALS
OCT 23 2015
Abel Acosta, Clerk

DefeNdant moves AS TITLED And STATes iN suPPort:

DiSTRiLT ATTORNEy ECHO ColemAN WROTE ANd suBmitted ANd SiGNED "STATES MoTioN TO ADoPT PlEADINGS" JUDGE HAMILTON GRANTED 12-21-2010 IN THE MoTioN # III

WHeeefoee, PREmises CONSIDERED, The state PRAys that this MoTioN to AdoPT be GRANted ANd All suCH MoTioNs ANd PlEADiNGS ANd RuLiNGS thereoN be adoPTED ANd INCORPORATEO iN behalf of the State iN this CASE.

INCORPORATED INDICTMENTS CASE NO 08-08-07862-CR ANd CASE NO. 10-12-13632-CR

INCORPORATED : meaNs: TO CombiNe toGeTHeR iNto A WHole.

TRIAl DATE 1-3-2011 GRANTED AND Admitted INTo Evidence "STATES MoTioN TO ADoPT PleadiNG"

Motion II SucH MotioNs ANd PleadiNGs, The GRouNds stated theeefoee ANd RuliNGs theeoN Aee ESSENTIAl to the STAte IN ORDER to Prosecute THis CASE.

1

# TWO PRIOR's IN THE INDICTMENTS

SAN JACINTO COUNTY D.U.I. CASE NO. 88-253
Discharged Dismissed "Criminal Action" FEB 27, 1991
Criminal Action means C.C.P. ART. 27.01 Indictment
or Information. So There is NO Indictment or
Information NO CHARGE, NO Plea, NO Conviction.
C.C.P. ART. 28.04
Acholic Beverage Code 106.041 (i) (IN 1988) Person under
21 Years old Class C Misdemeanor. Courts charged
Jobe for Class B Misdemeanor Judge Found Charge
"Void" Charge was only Class C Misdemeanor.
Charge Does not Cary Jail Time.

1989 Liberty County IS Also A Class C Misdemear
Charged For Class B Misdemeanor Also "Void" And
Already Dismissed And Has someone Eleses Finger
Print.
THE D.A. Had To HAVE THIS Guilty Plea.
I William Walter Jobe Does NOT HAVE A FELONY
CHARGE
TEXAS Rules of Appellate Procedure 44.2 Reversible ERROR (a)

William Walter Jobe CASE A CONTRACTED ARRANGEMENT
CASE NO. 08-08-07862-CR All Parties AGREEd to the
Terms of the Contract. When Trial Judge Accepted
The Plea AGREEMENT The Contract of The Plea
AGREEMENT is binding on All Parties.
Plea Contract was for 5 Years Probation IF
Revoked Two Years T.D.C. And Judge Hamilton Signed
THE Contracted Plea Bargain

2.

When a plea of Guilty is entered in a state criminal trial several federal constitutional rights are involved Fith Amendant and 14Th Amendant.

Because a Plea-Bargain Agreement is soley Between The state and The defendant. Only The State and defendant may Alter Teems of The Agreement The Trial couet Commits error if it unilaterally Adds un-Negotiated Teems to a Plea-Bargain Agreement. Moor V. State 295 S.W. 3d 329, 332. (Tex. Crim App. 2009)

Filed and GRANTED. Motion and ORDER by Judge Hamilton ORDER To ADOPT Pleadings Filed BY D.A. ECHO COLEMAN 12-17-2010

THIS Motion Consolidated These Two Indict-ments To GeTher CASE No. 08-08-07862-CR With ConTracTed Plea 5 Years Probation And A Guilty Plea. And The New ReindicTment 10-12-13632-CR.

This Motion, ORDER To ADOPT Pleadings.

ENTERED A ConTracTed Plea INTD Trial 1-3-2011 OF 5 Years Probation. With out William JoBE IN The CourT Room.

Code OF CRIMINAl Procedure Article 26.13 (a)(1)

(a)(1). . . . Only Admonish the Defendant of: WAS on Guilly Plea Accepted WAS THE 5 Years Probation CASE No. 08-08-07862-CR A ConTracTed Plea.

C.C.P. Aet 26.13(a)(2) Day of Trial 1-3-2011

WHen JudGE AcceptTed Motion, ORDER To ADOPT Pleading C.C.P. Aet. 26.13 (a)(2). . . . CourT

3.

Shall inform the defendant whether it will follow or Reject The Plea Agreement in Open Court And before any finding on The Plea Should The Court Reject Agreements The Defendant Shall be Permitted to with draw the defendant's Plea of Guilty or Nolo Contender.

William Walter Jobe Trial Jobe was Never Told There was A Guilty Plea Entered And Accepted In The "Motion / ORDER To ADOPT Pleadings" 1-3-2011 OR WAS Jobe Allowed To With draw His Plea. CASE NO. 08-08-07862-CR

In Sentencing Phase Judge Said Have I Ever Intered A Plea In Her Court Room Jobe Said For 5 Year's Probation Judge Hamilton Said I Accept That Plea. Then Said I Am Going To Give You 40 years T.D.C.

Judge Never Did Admonish William Jobe For A Plea Entered For The 40 Years T.D.C. Only Contracted Plea Got Admonished For was The 5 Years Probation.

11-18-2011 Appeals Court Sent ME William Jobe Back To The County Court. Because Of Guilty Plea And Scoot Pawgan Did Not File Direct Appeal. Judge Hamilton Granted Jobe Motion For New Trial And Conflict of Interest Because Scoot Pawgan Did Not File Ineffective Assistance of Counsel on Michael Griffin. And Set Motion For New Trial 11-23-2011. I William Jobe Complained In 11-30-11 Filed Motion for New Trial AND IN Hearing 11-18-11

About Guilty Plea.

11-21-2011 Finding of Fact and Conclusions of Law signed by Judge Hamilton.

When Judge Hamilton Removed The Contracted Plea off of The Docket Sheet And Hand Wrote Docket Sheet. She Also Withdraw The 40 T.D.L.

EX PARTE McJunkins 954 S.W. 2d 39 (Tex. Crim. App. 199) When A defendant Successfully Challanges A Conviction obtained through A Negotiated Plea of Guilty. The Approprate Remedy is specific Peeformance is Not Possible. The Plea Must be withdrawn And The Parties must be Retuened To their Original Positions See Also WRIGHT V. STATE 158 S.W.3d 590, 593-94 (Tex. APP. SAN Jacinto 2005 Pet Refd)

11-21-2011 Finding of Facts And Conclusions of Law. Was Granted She Pulled The 5 Year Probation Contracted Plea From Case No 10-12-13632-CR Parties must be Retuened To Their Original Positions. She Also Pulled The 40 Year T.D.L. Sentence.

If The Plea Still Is Admitted There is A Guilty Plea on William Jobe From Trial 1-3-2011 Entered By 12-17-2010 Motion/Order To Adopt Pleading. And Accepted In Open Court In Sentencing Phase Plea Can Not Stand C.C.P. ART. 26.13 (a) (1)

(a) Prior to Accepting a Plea of Guilty or a Plea of Nolo Contender. The Court Shall Admonish The Defendant of:

(1) The Range of The Punishment Attached of The Offense;

1-3-2011 William JoBE TRiAL JoBE WAS Never Admonished For 40 Years T.D.C. ONly Admonish FoR The 5 Years Probation CASE No. 08-08-0786 Constitutional Rights of the defendant... We Think that The [ defendant's Guilty Plea must be understandingly And intelligently]

BoYKiN V. AlAbAmA 395 U.S. 238, 242 (1969)

KNiATT V. STATE 206 S.W.3d 657, 664 (Tex. Crim. App. 2006)

1-5-2011 IN THE 359Th DiSTRiCT CouRT Did A MOTION TO DiSMiSS ON CASE No. 08-08-07862-CR This CASE No. 10-12-13632-CR with the "STATES MOTION TO ADOPT PleadING" WROTE by And Submitted by DiSTRiCT ATTORNEY ECHO ColeMAN GRANTED bY JudGE HAMiLTON 12-21-2010 And Admitted inTo TRiAl 1-3-2011 So WHEN "MOTION TO DiSMiSS" 1-5-2011 DiSMiSSED CASE No. 08-08-07862-CR Also DiSMiSSED CASE No. 10-12-13632-CR Because THESE Two INDICTMENTs, PleadiNGs MOTioNS ANd RuliNGs INCORPORATED bY REFERENCE. IN The "STATES MOTION TO ADOPT PleadiNGs"

6

# PRAYER

TRIAL BY JUDGE

THe Court Did NOT ADMOISH William JOBE FOR THE 40 YEAR T.D.C. IN SENTENCING Phase. OR Did The CourT Allow William JOBE To WithdRAW This ConTRACTed PleA. EVEN AFTER INTERed A NOT GuilT PleA 1-3-2011. THAT WAS ACCEPTed ON CASE NO. 08-08-07862-CR FOR 5 YEAR's RRObation ORDER To ADOPT Pleading FilEd BY D.A. ECHO Coleman 12-17-2010 And Admitted INTo EVidence IN TRiAl 1-3-2011. ConTRACTed PleA WROTE by D.A. SigNed by William JOBE And SigNed STEVe SimONSON And JudGE HamiltoN SiGNed And GRANTED The PleA of 5 YEAR BY SiGNING PleA AGREEMENT And ACCEPTed The PleA. Refiled And And AGReed ON BY D.A. ECHO Coleman When ORDER To ODOPT Pleading WAS GRANTED BY JudGE Hamilton 12-17-2015 THiS WAS AGREED And SiGNED BY D.A. ECHO Coleman 12-17-2010 This PleA And INDiCTMENT CASE NO. 08-08-07862-CR And ConTRACTeD PleA ENTEReD iNTO TRiAl BY D.A. And TRiAl JudGE HamiltoN 1-3-2011 CASE NO. 10-12-13632-CR. FOR The REASON The 1988 SAN-JACiNTO CouNTY D.U.I. CASE NO. 88-253 PRiOR Class C misdemeANOR FouNd "Void" by SANJACiNTO CouNTY JudGE DiSCHARGED The "CRimiNAL ACTiON"

7.

MEANS C.C.P. ART. 27.01 INdicTmenT oe INformation C.C.P. ART. 28.04 QushiNG CHARGE iN A MisdemeaNoR. THey HAd To Have The Plea To Prove uP 1988 D.U.I. SAN JAciNTo CouNTY. That is iN INDICTMENT CASE No. 10-12-13632-CR FoR FELoNY D.W.I. IN SENTENCiNG Phase Theee WAS ANd ACquittal iN ACTioN of AN deadly WEAPoN CHARGE. The ElemeNT of offeNse ChaNGED back To ORIGiNAl CHARGE 08-08-07862-CR "Doble JePoRdY" Also. ACCePTed THE 5 YeaR PRobatioN. CASE No. 08-08-07862 DistricT CouRT GRANTED 1-5-2011 MoTioN To Dismiss WICh WAS INCORPORAted To GeTheR with CASE No. 10-12-13632-CR IN MoTioN, ORDER To ADoPT PleadiNG mY QuesTioN is How oe who sePeRATEO The Two INCORPORAted INdicTmeNTS. MoTioN To Dismiss oN CASE No. 08-08-07862-CR Dismissed BoTh INDICTMENTS TRiAl CouRT Commits eRRoR if it uNilaterAlly Adds uN-NeGotiated Teems to A Plea-BARGAiN AGREEMeNT Did NoT ADmoNished The DEFENDANT FoR 40 YeaRs T.D.C. Plea CAN NOT STAND C.C.P. ART. 26.13 (a) (1) The PleA musT BE WithdRAWN ANd The PARTies musT be ReTuRNeNed To Their ORIGiNAl PositioNs see WRIGHT V. STATe.

8

## CERTIFICATE OF SERVICE

This is to certify that on ___OCT. 16___ 2015 A true and correct copy of the above and foregoing document was served on the District Attorney's Office, Montgomery County and one to Court of Criminal Appeals by U.S. mail.

Respectfully Submitted

*William W. Jobe* (55)

## UNSWORN DECLARATION Pursuant to 28 U.S.C. 1746

I William Walter Jobe 1692994 am the defendant and being presently incarcerated in the Texas Department of Criminal Justice Institutional Division at the Michael Unit, declare under penalty of perjury that according to my belief. The facts stated in the above REFORMATION of Judgment are true and correct.

Signed in this ___16___ day of Oct. 2015

Respectfully Submitted

*William W. Jobe* (55)

BARBARA Gladden Adamick
District Clerk Montgomery County
P.O. Box 2985
Conroe Tx. 77305

DISTRICT ATTORNEY
207 W. Phillips ST 2nd Fl
Conroe Tx. 77301

COURT OF CRIMINAL APPEALS
P.O. Box 12308, Capitol Station
Austin Tx. 78711

9

CAUSE NO. 10-12-13632-CR

| | | |
|---|---|---|
| THE STATE OF TEXAS | § | IN THE DISTRICT COURT |
| V. | § | OF MONTGOMERY COUNTY |
| William Walter JoBE | § | 359TH JUDICIAL DISTRICT |

## ORDER

THE COURT, hAViNG CoNSideRed The REFORMATioN of JudGMENT, is hereby GRANTED / DENIED TO BE BENCH WARRANTED BAck To CoUNTY of CoNVicTioN

_____

JudGE   PRESIdiNG

10

⑤

A# 08-1889

OFFENSE: Driving While Intoxicated

THE STATE OF TEXAS

VS.

William Walter Jobe

CAUSE NO. 08-08-07862

IN THE 359th DISTRICT COURT

IN COUNTY COURT AT LAW NO.

OF

MONTGOMERY COUNTY

DEFENDANT'S COPY

## MOTION TO DISMISS

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES the State of Texas, by and through her District Attorney, and respectfully requests the Court to dismiss the above entitled and numbered criminal action for the following reason:

- ❏ Cannot prove beyond a reasonable doubt.
- ❏ The Defendant was convicted in another case.
- ❏ In custody elsewhere.
- ❏ Old case, no arrest.
- ❏ In the interest of justice.
- ❏ Missing witness.
- ❏ Request of complaining witness.
- ❏ The Defendant is deceased.
- ❏ Motion to suppress granted.
- ❏ Co-Defendant tried, this Defendant testify.
- ❏ Insufficient evidence.
- ❏ Restitution made.
- ❏ Co-Defendant convicted, insufficient evidence this Defendant.
- ☑ Case refiled as Cause No. 10-12-13632
- ❏ Clearance Letter.
- ❏ Other.

RECEIVED AND FILED
FOR RECORD
At _____ O'Clock _____ M.

JAN 05 2011

BARBARA GLADDEN ADAMICK
District Clerk
MONTGOMERY COUNTY, TEXAS
By_____ Deputy

EXPLANATION:

WHEREFORE, PREMISES CONSIDERED, it is requested that the above entitled and numbered cause be dismissed.

Respectfully submitted,

Assistant District Attorney
Montgomery County, Texas

## ORDER

The foregoing motion having been presented to me on this the 5 day of January A.D. 2011 and the same having been considered, it is, therefore, ORDERED, ADJUDGED, and DECREED that said above entitled and numbered cause be and the same is hereby dismissed.

JUDGE
359 DISTRICT COURT
COUNTY COURT AT LAW NO. _____
MONTGOMERY COUNTY, TEXAS

WHITE - ORIGINAL, COUNTY CLERK          GREEN - COPY          CANARY - COPY          PINK - COPY

11

Cause No. 10-12-13632-CR

| | | |
|---|---|---|
| THE STATE OF TEXAS | § | IN THE DISTRICT COURT OF |
| | § | |
| v. | § | MONTGOMERY COUNTY, TEXAS |
| | § | |
| WILLIAM WALTER JOBE | § | 359th JUDICIAL DISTRICT |

## STATE'S MOTION TO ADOPT PLEADINGS

Comes Now the State of Texas, by and through its Assistant Criminal District Attorney, in the above styled and numbered cause and files this motion to adopt certain pleadings and motions heretofore filed and as grounds thereof would show the Court the following:

### I.

The State has filed motions and pleadings in Cause Number 08-08-07862-CR.

### II.

The State requests that all such motions and rulings thereon be adopted by reference and incorporated by reference on behalf of the State in this case. Such motions and pleadings, the grounds stated therefore, and the rulings thereon are essential to the State in order to prosecute this case.

### III.

WHEREFORE, PREMISES CONSIDERED, the State prays that this Motion to Adopt be granted and that all such motions and pleadings and the rulings thereon be adopted and incorporated in behalf of the State in this case.

Respectfully Submitted,

Echo Coleman
Assistant District Attorney
Montgomery County, Texas
SBN: 24065062

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the above-listed motion was delivered to M. Griffin, attorney for the Defendant, on this the _17th_ day of _December_, 2010.

Echo Coleman, Assistant District Attorney

12

5

Cause No. 10-12-13632-CR

| | | |
|---|---|---|
| THE STATE OF TEXAS | § | IN THE DISTRICT COURT OF |
| | § | |
| v. | § | MONTGOMERY COUNTY, TEXAS |
| | § | |
| WILLIAM WALTER JOBE | § | 359th JUDICIAL DISTRICT |

RECEIVED & FILED FOR RECORD
GLADDEN ADAMICK, DIST.
MONTGOMERY COUNTY, TEXAS
2010 DEC 17 PM 2: 12
DEPUTY

## ORDER

The Court, having considered the State's Motion to Adopt Pleadings, said motion is hereby granted/denied.

_____
Judge Presiding

12-21-10

NO. _____

IN THE COURT OF APPEALS FOR THE

NINTH JUDICIAL DISTRICT OF TEXAS

AT BEAUMONT, TEXAS

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**WILLIAM JOBE**
Appellant,

v.

**THE STATE OF TEXAS**
Appellee.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

FROM THE 359TH DISTRICT COURT OF MONTGOMERY COUNTY
CAUSE NUMBER 10-02-13632-CR

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**<u>DOCKETING STATEMENT</u>**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

TO THE HONORABLE JUSTICES OF THE COURT OF APPEALS:

COMES NOW William Jobe, Appellant, by and through counsel, and submits this docketing statement pursuant to Rule 32.2 of the Texas Rules of Appellate Procedure, and would show this Court the following:

| 1. | APPELLANT'S NAME: | William Jobe |
|---|---|---|
| 2. | TRIAL COUNSEL: | Michael Griffin<br>300 W. Davis Suite 540<br>Conroe, TX 77301<br>Telephone: (936) 539-1011<br>Facsimile: (936) 539-1002 |
| 3. | APPELLATE COUNSEL: | Scott Pawgan<br>P.O. Box 8930<br>Huntsville, TX 77340<br>Telephone: (936) 435-1380<br>Facsimile: (936) 435-1652 |
| 4. | DATE TRIAL COURT IMPOSED SENTENCE IN OPEN COURT: | January 5, 2011 |
| 5. | OFFENSE CHARGED: | Driving While Intoxicated 3rd or More |
| 6. | DATE OF ALLEGED OFFENSE: | April 30, 2008 |
| 7. | DEFENDANT'S PLEA: | N/A |
| 8. | TRIAL IN GUILT PHASE: | Guilty Plea |
| 9. | TRIAL IN SENTENCING PHASE: | No Jury |
| 10. | DATE NOTICE OF APPEAL FILED IN TRIAL COURT: | February 11, 2011 |
| 11. | PUNISHMENT ASSESSED: | Forty Years Institutional Division in Texas Department of Criminal Justice |
| 12. | APPEAL FROM PRETRIAL ORDER? | Undetermined |
| 13. | APPEAL INVOLVING THE VALIDITY OF A STATUTE, RULE OR ORDINANCE? | Undetermined |
| 14. | CHALLENGE TO THIS COURT'S JURISDICTION: | No |
| 15. | DATE OF MOTION FOR NEW TRIAL: | N/A |

16. MOTION IN ARREST OF
    JUDGMENT FILED?                    No

17. TRIAL COURT AND RECORD:          359th Judicial District Court of
                                     Montgomery County; Cause No.
                                     10-12-13632-CR

18. TRIAL JUDGE:                     The Honorable Kathleen Hamilton
                                     District Judge
                                     207 W. Phillips
                                     Suite 305
                                     Conroe, TX 77301

19. DISTRICT CLERK:                  Barbara Gladden Adamick
                                     District Clerk
                                     301 North Main
                                     Conroe, TX 77301

20. CLERK'S RECORD REQUESTED:        February 11, 2011

21. COURT REPORTER:                  Darlene Forville
                                     Court Reporter
                                     207 W. Phillips
                                     Suite 305
                                     Conroe, TX 77301

22. REPORTER'S RECORD
    REQUESTED:                       February 11, 2011

23. APPROXIMATE LENGTH
    OF TRIAL:                        2 Days

24. APPELLANT'S INDIGENCE:           Appellant was determined by the Court to be
                                     indigent prior to the trial of this case and was
                                     represented by Court appointed Counsel. Appellant
                                     continues to be indigent.

## CERTIFICATE OF SERVICE

This is to certify that a copy of the above Docketing Statement was served by certified United States Mail, first class delivery prepaid, on the Montgomery County District Attorney.

Respectfully submitted,

Scott Pawgan
Attorney for Appellant

16



**Texas Department of Public Safety**
**Criminal History Search**

USER: dpstest (16500,16500) SERVER: DPSWEB8 DATE:2/6/2015 10:10:46 AM LANG:ENGLISH (UNITED STATES)



## TxDPS CCH Name Search Record

### Search Information

| | |
|---|---|
| BATCH # | 2867288 |
| SEARCH # | 12322102 |
| SEARCH SUMMARY | JOBE,WILLIAM WALTER [1968-4-2] |
| USER NAME | DPSTEST |
| DATE | 2015-02-06T10:10:45.145418-06:00 |

*It is a crime to disseminate this record to any person or entity not authorized to receive the record. Name-based criminal history record information should not be discussed nor released to a potential subject of the record. For further information pertaining to the unauthorized obtaining, use, or disclosure of criminal history record information please review Government Code 411.085.*

### JOBE,WILLIAM (SID: 03638337)



| | |
|---|---|
| SID | 03638337 |
| DATE LAST UPDATED | 2/5/2015 |
| SEX | MALE |
| RACE | WHITE |
| ETHNICITY | NON-HISPANIC |
| HEIGHT | 5'10" |
| WEIGHT | 150 LBS |
| EYES | BLUE |
| HAIR | BROWN |
| PLACE OF BIRTH | ALL OTHERS (ANY FOREIGN COUNTRY/DEPENDEN |
| NAME(S) | JOB,WILLIAM WALTER |
| | JOBE,BILL |
| | JOBE,BILLY |
| | JOBE,WILLIAM **(PRIMARY)** |
| | JOBE,WILLIAM W |
| | JOBE,WILLIAM WALTER |
| | NOBLES,BILL |
| | NOBLES,BILLY |
| | NOBLES,MICHAEL GILBERT |
| | WALKER,STEVE |
| | WALKER,STEVEN |
| | WALKER,STEVEN DEWAYNE |
| BIRTH DATE(S) | 4/2/1968 **(PRIMARY)** |
| | 4/3/1968 |
| | 11/17/1969 |
| | 6/23/1971 |

**ARREST SUMMARY**

*[handwritten: There is NO 1988 D.U.I San Jacinto County 88-253]*

| DATE OF ARREST | SEQUENCE CODE | TRACKING NUMBER | AGENCY DESCRIPTION |
|---|---|---|---|
| 2/11/1989 | A | | LIBERTY CO SO LIBERTY |
| 4/27/1990 | A | | |
| 10/18/1990 | A | 0120535408 | HARRIS CO SO HOUSTON |
| 5/4/1991 | A | 0120535416 | HARRIS CO SO HOUSTON |
| 6/2/1992 | A | | |
| 1/3/1995 | A | 0008983623 | CLEVELAND PD |
| 4/30/1995 | A | 0018782345 | MONTGOMERY CO SO CONROE |
| 4/10/1996 | A | 0200661299 | DEEP EAST TX NARC TRF TF |
| 6/6/1996 | A | 9002614985 | HUMBLE PD |
| 7/15/1996 | A | 9004026738 | MONTGOMERY CO SO CONROE |
| 9/4/1996 | A | 9003322805 | HARRIS CO CONSTABLES OFFICE PCT 4 SPRING |
| 7/23/1998 | A | 0010741941 | NACOGDOCHES CO SO NACOGDOCHES |
| 2/15/2000 | A | 9004313621 | MONTGOMERY CO SO CONROE |
| 5/28/2000 | A | 900433923X | MONTGOMERY CO SO CONROE |
| 5/12/2001 | A | 9004425128 | MONTGOMERY CO SO CONROE |
| 5/18/2001 | A | 0052086097 | CLEVELAND PD |
| 6/16/2001 | A | 9004434429 | MONTGOMERY CO SO CONROE |
| 10/23/2001 | A | 903249113X | TEXAS HWY PATROL REG 2 DIST A HOUSTON |
| 2/23/2002 | A | 0054502462 | CLEVELAND PD |
| 8/9/2005 | A | 903624272X | PASADENA PD |
| 4/30/2008 | A | 9150861255 | MONTGOMERY CO SO CONROE |

*[handwritten: 17]*

*The information contained in this record reflects only information contained in the Computerized Criminal History database maintained by the Texas Department of Public Safety. Contact the contributing agency for specific or additional information regarding charges or dispositions. The contents of this record is confidential and intended for dissemination only to criminal justice agencies or other individuals or agencies authorized by law to receive criminal history record information.DPS cannot guarantee the records you obtain through this site relate to the person about whom you are seeking information. Searches based on names, date of birth and other alphanumeric identifiers are not always accurate. The only way to positively link someone to a criminal record is through fingerprint identification. It is your responsibility to make sure the records you access through this site pertain to the person about whom you are seeking information. Extreme care should be exercised in using any information obtained from this Web site. Neither the DPS nor the State of Texas shall be responsible for any errors or omissions produced by secondary dissemination of this data.*

**ARREST DATE 2/11/1989 (1 CHARGES)**

*NO SAN JACINTO COUNTY 1988 D.U.I. CASE NO. 88-253* (handwritten)

**ARREST DETAIL**

| | |
|---|---|
| ARREST DATE | 2/11/1989 |
| SEQUENCE CODE | A |
| ARRESTING AGENCY | LIBERTY CO SO LIBERTY (TX1460000) |

**ARREST DATE 2/11/1989 (CHARGE *001)**

**OFFENSE RECORD**

| | |
|---|---|
| INTERNAL AGENCY PERSON NUMBER | 18182 |
| ARREST OFFENSE | DRIVING UNDER INFLUENCE LIQUOR (54040000) |
| ARREST OFFENSE LITERAL | DWI |

**COURT STATUS A**

| | |
|---|---|
| COURT OFFENSE | DRIVING UNDER INFLUENCE LIQUOR (54040000) |
| COURT OFFENSE LITERAL | DWI MISD |
| COURT DISPOSITION | CONVICTED (310) |
| COURT DISPOSITION DATE | 3/16/1989 |
| COURT PROBATION | 2Y |

**ARREST DATE 4/27/1990 (2 CHARGES)**

**ARREST DETAIL**

| | |
|---|---|
| ARREST DATE | 4/27/1990 |
| SEQUENCE CODE | A |

**ARREST DATE 4/27/1990 (CHARGE *001)**

**OFFENSE RECORD**

| | |
|---|---|
| ARREST OFFENSE | ARREST DATA NOT RECEIVED (00020000) |
| ARREST OFFENSE LITERAL | ARREST DATA NOT RECEIVED |

**COURT STATUS A**

| | |
|---|---|
| COURT OFFENSE | ASSLT-(FREE TEXT) (13000000) |
| COURT OFFENSE LITERAL | AGG ASSAULT |
| COURT DISPOSITION | CONVICTED (310) |
| COURT CONFINEMENT | 2Y |

**ARREST DATE 4/27/1990 (CHARGE *002)**

**COURT STATUS A**

| | |
|---|---|
| COURT OFFENSE | PUBLIC ORDER CRIMES-(FREE TEXT) (73990000) |
| COURT OFFENSE LITERAL | CRIMINAL MISCHIEF |
| COURT DISPOSITION | CONVICTED (310) |
| COURT CONFINEMENT | 2Y |
| COURT PROVISION | CONCURRENT (363) |

**ARREST DATE 10/18/1990 (1 CHARGES)**

**ARREST DETAIL**

| | |
|---|---|
| ARREST DATE | 10/18/1990 |
| SEQUENCE CODE | A |
| TRACKING NUMBER | 0120535408 |
| ARRESTING AGENCY | HARRIS CO SO HOUSTON (TX1010000) |

**ARREST DATE 10/18/1990 (CHARGE A001)**

**OFFENSE RECORD**

| | |
|---|---|
| AGENCY | HARRIS CO SO HOUSTON (TX1010000) |
| INTERNAL AGENCY PERSON NUMBER | 9040918 |
| INTERNAL AGENCY CASE NUMBER | FP2150204628 |
| ARREST OFFENSE | CRIM MISCH $200<$750 (29000014) |
| ARREST OFFENSE CITATION | 28.03(B)(3) |
| LEVEL AND DEGREE OF OFFENSE | MISDEMEANOR - CLASS A (MA) |
| ARREST DISPOSITION DATE | 10/18/1990 |

*18*

THE STATE OF TEXAS

v.

William Walter Jobe

RECEIVED AND FILED
FOR RECORD
115 O'clock P M

AUG 1 2 2008

GLADYS ADAMICK
District Clerk
TEXAS
Deputy

359th District Court

NO. __0 8 - 0 8 - 0 7 8 6 2 - CR__ -CR

# INDICTMENT

| Count | Charge | DA File # | Agency # |
|---|---|---|---|
| #1 | DRIVING WHILE INTOXICATED - 3RD OR MORE Sec. 49.04; Fel. 3° | 08-001829.1 | 08A007538 |

## IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:

THE GRAND JURY, for the County of Montgomery, State of Texas, duly selected, empaneled, sworn, charged, and organized as such by the 9th Judicial District Court for said County, upon their oaths present in and to said court that William Walter Jobe, hereinafter styled Defendant, on or about April 30, 2008, and before the presentment of this indictment, in the County and State aforesaid, did then and there operate a motor vehicle in a public place while the said defendant was intoxicated.

And it is further presented in and to said Court that, prior to the commission of the foregoing offense, on March 16, 1989, in the County Court at Law of Liberty County, Texas, the defendant was convicted of an offense relating to the operating of a motor vehicle while intoxicated; and on September 15, 1988, in the County Court at Law of San Jacinto County, Texas, the defendant was convicted of an offense relating to the operating of a motor vehicle while intoxicated,

### Enhancement Paragraph A

And the GRAND JURY further presents that said Defendant, William Walter Jobe, was convicted of a felony, to wit: Possession of a Controlled Substance on January 15, 2003 in the 359th District Court of Montgomery County, Texas in Cause No. 02-07-04636-CR under the name of William Walter Jobe and said conviction became final prior to the commission of the aforesaid offense in Count I of this Indictment.

### Enhancement Paragraph B

And the GRAND JURY further presents that said Defendant, William Walter Jobe, was convicted of a felony, to wit: Possession of a Controlled Substance on November 22, 2002 in the 75th District Court of Liberty County, Texas in Cause No. 24235 under the name of William Walter Jobe and said conviction became final prior to the commission of the aforesaid offense in Count I and Enhancement Paragraph A of this Indictment.

Minute

Date: __AUG 1 3 2008__

36

THE STATE OF TEXAS

)

v.

William Walter Jobe



)

359th District Court

NO. 10-12-13632-CR -CR
(Re-Indictment)

## INDICTMENT

| Count | Charge | DA File # | Agency # |
|-------|--------|-----------|----------|
| #1 | DRIVING WHILE INTOXICATED - 3RD OR MORE Sec. 49.04; Fel. 3 ° | 08-001829.1 | 08A007538 |

IN THE NAME AND BY AUTHORITY OF THE STATE OF TEXAS:

THE GRAND JURY, for the County of Montgomery, State of Texas, duly selected, empaneled, sworn, charged, and organized as such by the 221st Judicial District Court for said County, upon their oaths present in and to said court that William Walter Jobe, hereinafter styled Defendant, on or about April 30, 2008, and before the presentment of this indictment, in the County and State aforesaid, did then and there operate a motor vehicle in a public place while the said defendant was intoxicated.

And it is further presented in and to said Court that, prior to the commission of the foregoing offense, on February 12, 1991, in Cause No. 41572, in the County Court at Law of Liberty County, Texas, the defendant was convicted of an offense relating to the operating of a motor vehicle while intoxicated; and on September 15, 1988, in Cause No. 88-253, in the County Court at Law of San Jacinto County, Texas, the defendant was convicted of an offense relating to the operating of a motor vehicle while intoxicated,

And the Grand Jury further presents that during the commission of the primary offense alleged above, the Defendant did then and there use or exhibit a deadly weapon, to-wit: a motor vehicle,

### Enhancement Paragraph A

And the GRAND JURY further presents that said Defendant, William Walter Jobe, was convicted of a felony, to wit: Possession of a Controlled Substance on January 15, 2003 in the 359th District Court of Montgomery County, Texas in Cause No. 02-07-04636-CR under the name of William Walter Jobe and said conviction became final prior to the commission of the aforesaid offense in Count I of this Indictment.

### Enhancement Paragraph B

And the GRAND JURY further presents that said Defendant, William Walter Jobe, was convicted of a felony, to wit: Possession of a Controlled Substance on November 22, 2002 in the 75th District Court of Liberty County, Texas in Cause No. 24235 under the name of William Walter Jobe and said conviction became final prior to the commission of the aforesaid offense in Count I and Enhancement Paragraph A of this Indictment.

3

IN The SentenceinG Phase The Judge Did NoT Find Deadly Weapon True.